UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                     Case No. 17-cr-20837

v.
                                                        HON. MARK A. GOLDSMITH

DARELL REED,

    Defendant.
_____/

**ORDER DENYING AS MOOT DEFENDANT'S REQUESTS FOR ORDER TO PRODUCE CASE FILE (Dkt. 231)**

Defendant Darell Reed filed identical requests for the Court to order production of his case files in two cases in which he is a defendant (Dkt. 231). The Government filed identical responses in these cases (Dkt. 234). The Government represents that it contacted Reed's counsel regarding Reed's requests, and Reed's counsel delivered extensive case file records containing discovery from Reed's two cases to Reed's representative. Resp. at 2. On this basis, the Government submits that Reed's request is moot. Id. Reed has not filed a reply, and the time to do so has passed. Based on the Government's uncontroverted assertions, the Court denies Reed's requests as moot.

    SO ORDERED.

Dated: March 8, 2023                                      s/Mark A. Goldsmith
    Detroit, Michigan                            MARK A. GOLDSMITH
                                                        United States District Judge